THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Christopher Robertson,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Justin Law, et al.,<br><br>　　　　　　Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 1:25-cv-00132-DBP<br><br>Chief Magistrate Judge Dustin B. Pead |

　　　　Plaintiff moves the court for an extension of time until March 10, 2026, to serve Defendants.[1] Plaintiff seeks an additional 90 days to do so. The court GRANTS the motion. Plaintiff is to serve all Defendants on or before March 10, 2026. A failure to do so may result in the court dismissing this matter.

　　　　IT IS SO ORDERED.

　　　　DATED this 3 December 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Dustin B. Pead
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] ECF No. 4.